Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered September 9, 2014, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.
 

 Ordered that the judgment is affirmed.
 

 The defendant’s valid waiver of his right to appeal (see People v Sanders, 25 NY3d 337, 341-342 [2015]; People v Ramos, 7 NY3d 737 [2006]; People v Lopez, 6 NY3d 248, 256-257 [2006]; People v Muniz, 91 NY2d 570, 575 [1998]) precludes appellate review of his contention that the sentence imposed was excessive (see People v Seaberg, 74 NY2d 1, 9 [1989]).
 

 Dillon, J.P., Sgroi, Maltese, Barros and Christopher, JJ., concur.